Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| Mark Whiteside | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 19-CV-6026 |
| v. | |
| Hover-Davis, Inc. et al., | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is closed.

Date: March 2, 2020     MARY C. LOEWENGUTH
                        CLERK OF COURT

                        By: Barbara Keenan
                            Deputy Clerk